

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re TJ Bolt Construction, LLC, et al.

No. 06-24-00089-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the Relators' petition for a writ of mandamus should be conditionally granted, and we direct the court to vacate its November 13, 2024, order setting this case for final hearing. The writ of mandamus will issue only if the trial court fails to comply.

RENDERED NOVEMBER 22, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk